Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17483−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Sheridan
   aka Joseph Alex Sheridan, aka Joseph Alexander Sheridan
   1048 Prime Place
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−3422

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 22, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Sheridan  
    Debtor

Case No. 23-17483-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Dec 22, 2023      Form ID: 148      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Sheridan, 1048 Prime Place, Sewell, NJ 08080-2676 |
| aty | + | Amani S. Abdellah, HILL WALLACK LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 520010087 | | Hill Wallack LLP, 1415 Route 70 South, Cherry Hill Plaza - Suite 309, Cherry Hill, NJ 08034 |
| 520010094 | + | Office of UC Benefits Policy, 651 Boas Street, Benefit Payment Control & Integrity, Room 608, Harrisburg, PA 17121-0725 |
| 520010095 | + | Parkwood Manor Homeowners Assoc., PO Box 178, Sewell, NJ 08080-0178 |
| 520043795 | + | Parkwood Manor Homeowners Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520010086 | + | EDI: CITICORP | Dec 23 2023 01:29:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520010088 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 22 2023 20:47:30 | HUD, 451 7th Street S.W., Washington, DC 20410-0002 |
| 520010085 | | EDI: JPMORGANCHASE | Dec 23 2023 01:29:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520010089 | ^ | MEBN | Dec 22 2023 20:36:15 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520015359 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 20:58:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520010092 | | Email/Text: compliance@monarchrm.com | Dec 22 2023 20:42:00 | Monarch Recovery Management, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 520042411 | + | EDI: AISMIDFIRST | Dec 23 2023 01:29:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520010091 | + | EDI: AISMIDFIRST | Dec 23 2023 01:29:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520010093 | + | EDI: NAVIENTFKASMSERV.COM | Dec 23 2023 01:29:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520010096 | | EDI: PRA.COM | Dec 23 2023 01:29:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520073013 | | EDI: PRA.COM | | |

| | | | |
|---|---|---|---|
| | | Dec 23 2023 01:29:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520010090 | Email/Text: signed.order@pfwattorneys.com | Dec 22 2023 20:42:00 | Midland Credit Management, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520010097 | + EDI: SYNC | Dec 23 2023 01:29:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520010732 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 22 2023 20:47:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amani Sahar Abdellah | on behalf of Creditor Parkwood Manor Homeowners Association Inc. aabdellah@hillwallack.com, kgardiner@hillwallack.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Debtor Joseph Sheridan jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5